## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ANNIE WARREN                                               PLAINTIFF

V.                    NO. 3:06CV00097-JFF

COMMISSIONER, Social
Security Administration                             DEFENDANT

### **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 16th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE